IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00738-REB-CBS

GINA GILLS,

                Plaintiff,

v.

THOMAS E. PEREZ, *in his official capacity as Secretary of the United State Department of Labor*,

                Defendant.

---

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

---

Magistrate Judge Shaffer

        This matter comes before the court for service of the Complaint [Doc. 1] on Defendant Thomas E. Perez.  Pursuant to the Order Referring Case dated July 13, 2015 [Doc. 9], this case was referred to the Magistrate Judge to hear and determine non-dispositive matters.  On July 9, 2015, Ms. Gills was granted permission to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  [*See* Doc. 6].  It is now

        ORDERED that, if appropriate, pursuant to supplemental information provided by Ms. Gills in the proposed summons [Doc. 1-3], the Clerk of the Court shall attempt to obtain a waiver of service from Defendant Thomas E. Perez at 200 Constitution Avenue NW, Washington, D.C. 20210.  If the Clerk is unable to do so, the United States Marshal shall serve a copy of the Complaint [Doc. 1] and summons upon Defendant Thomas E. Perez.  If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d).  All costs of service shall be advanced by the United States.  It is

FURTHER ORDERED that, following service of process upon him, Defendant Perez shall respond to the Complaint [Doc. 1] in accordance with the Federal Rules of Civil Procedure.

DATED at Denver, Colorado, this 3rd day of August, 2015.

BY THE COURT:


  s/Craig B. Shaffer
United States Magistrate Judge